UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                              : Chapter 11
                                                                    :
Old DDUS, Inc., *et al.*,                                           : Case No. 20-10916 (MEW)
                                                                    :
                          Debtors.                                  :
                                                                    :
-------------------------------------------------------- x
ANTHONY MILAZZO, solely in his                                      :
capacity as Creditor Trustee of the                                 :
OLD DDUS CREDITOR TRUST,                                            :
                                                                    :
                          Plaintiff,                                : Adv. Pro. No. 22-01143 (MEW)
        v.                                                          :
                                                                    :
SORAPOJ TECHAKRAISRI,                                               : BC 24,0013
                                                                    :
                          Defendant.                                :
------------------------------------------------------------x

## JUDGMENT

Upon consideration of the motion (the "Motion") of Anthony Milazzo, solely in his capacity as Creditor Trustee (the "Creditor Trustee" or "Plaintiff") of the Old DDUS Creditor Trust (the "Trust"), the plaintiff in the above-captioned adversary proceeding (the "Adversary Proceeding"), for the entry of judgment against Sorapoj Techakraisri (the "Defendant"), the defendant in the above captioned adversary proceeding, pursuant to Rule 55 of the Federal Rules of Civil Procedure, made applicable in this adversary proceeding by Rule 7055 of the Federal Rules of Bankruptcy Procedure; and the Court having held hearings on October 18, 2023 and December 5, 2023, and having determined that the Plaintiff is entitled to the entry of judgments in his favor for the reasons set forth in the Decision entered this same day (the "**Decision**"), it is hereby ordered that

**JUDGMENT IS HEREBY ENTERED** against Defendant, Sorapoj Techakraisri in the total amount of **$908,008.25** with respect to Count One of the Complaint, representing the principal amount of $750,000 owed by Defendant plus interest to the date of default at the contractual rate and additional interest after the date of default at the legal rate, as further explained in the Decision; and it is further ordered that

**JUDGMENT IS HEREBY ENTERED** against Defendant, Sorapoj Techakraisri, in the total amount of **$5,401,730.42** with respect to Counts Four and Five of the Complaint, which includes interest to the date of entry of this Judgment as further explained in the Decision; and it is further ordered that

**JUDGMENT IS HEREBY ENTERED** against Defendant Sorapoj Techakraisri in the total amount of **$2,618,055.40** with respect to Counts Six and Seven of the Complaint, representing the principal amount of $2,600,000 plus interest to the date of this Judgment as further explained in the Decision; and it is further

**ORDERED**, that the foregoing judgments shall bear interest from and after the date of this Judgment at the federal judgment rate that is applicable as of the date hereof; and it is further

**ORDERED**, that the judgments set forth herein are overlapping, so that any amount collected with respect to any one judgment shall reduce the amounts owing with respect to each of the other judgments as well, and so that the maximum amount recoverable by the Plaintiff pursuant hereto shall be **$5,401,730.42**, plus such post-judgment interest on that amount as may accrue from and after the date of this Judgment at the applicable federal judgment interest rate.

Dated:  New York, New York
       April 30, 2024

                                              **s/Michael E. Wiles**
                                              HON. MICHAEL E. WILES
                                              UNITED STATES BANKRUPTCY JUDGE